1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    CYNTHIA DARNELL SMITH,                    Case No. 1:25-cv-01114-KES-CDB (SS)

12              Plaintiff,                       ORDER ON PLAINTIFF'S MOTION
                                                 EXTENDING *NUNC PRO TUNC* TIME TO
13         v.                                    FILE PLAINTIFF'S MOTION FOR
                                                 SUMMARY JUDGMENT
14    COMMISSIONER OF SOCIAL
      SECURITY,                                  (Doc. 13)

15              Defendant.

16

17         Plaintiff Cynthia Darnell Smith ("Plaintiff") initiated this action with the filing of a

18    complaint on September 2, 2025, seeking review of the final decision of the Commissioner of

19    Social Security denying disability benefits.  (Doc. 1).  On September 4, 2025, the Court entered the

20    scheduling order, setting forth dates and deadlines for the filing of the administrative record and of

21    cross-motions for summary judgment.  (Doc. 5).  Following the Court's order on the parties'

22    stipulation extending Defendant's time to file a response to Plaintiff's complaint (*see* Doc. 11), on

23    December 3, 2025, Defendant filed a copy of the administrative record.  (Doc. 12).

24         On January 2, 2026—the deadline for Plaintiff to file a motion for summary judgment (*see*

25    Doc. 5 ¶ 3)—Plaintiff filed an ex parte motion for a 60-day extension of the filing deadline to March

26    3, 2026.  (Doc. 13).  Plaintiff represents that the request is made in good faith and not for the

27    purpose of delay as counsel for Plaintiff has numerous merit briefs and reply briefs due the weeks

28    of December 22, 2025, and December 29, 2025.  *Id.* at 1.  Counsel for Plaintiff represents he needs

1   additional time to file Plaintiff's motion for summary judgment in light of the multiple overlapping

2   briefing deadlines and to allow counsel to fully develop and present the issues here for the Court's

3   consideration.  *Id.* at 1-2.  Counsel for Plaintiff represents he attempted to contact counsel for

4   Defendant on December 30, 2025, and followed up on January 2, 2026, to obtain a stipulation for

5   the requested extension but did not receive a response in time to file a joint request.  *Id.*

6       Requests for extensions of time in the Eastern District of California are governed by Local

7   Rule 144, which provides: "Counsel shall seek to obtain a necessary extension from the Court or

8   from other counsel or parties in an action as soon as the need for an extension becomes apparent."

9   L.R. 144(d).  That rule further provides, "Requests for Court-approved extensions brought on the

10  required filing date for the pleading or other document are looked upon with disfavor."

11      Here, given that the administrative record was filed on December 3, 2025, coupled with

12  counsel for Plaintiff's representations that he needs approximately two additional months to prepare

13  and file an opening brief, it should have been apparent well before the January 2, 2026, deadline

14  for filing Plaintiff's motion for summary judgment that an extension was needed.  Hence, under

15  Local Rule 144, Plaintiff's request for an extension is untimely.

16      The Court disfavors granting *nunc pro tunc* relief and directs Plaintiff to exercise better care

17  in anticipating any future requests for extensions of time and filing such requests well before the

18  terminal filing date that Plaintiff seeks to extend.  Nevertheless, in light of Plaintiff's

19  representations that he attempted to contact Defendant's counsel before the filing deadline, the

20  Court finds good cause to continue the filing deadline as requested.

21

22      *Remainder of This Page Intentionally Left Blank*

23

24

25

26

27

28

2

**Conclusion and Order**

Accordingly, for the reasons set forth in Plaintiff's motion and for good cause shown, IT IS HEREBY ORDERED:

1. Plaintiff's due date for filing a motion for summary judgment is extended *nunc pro tunc* from January 2, 2026, to **March 3, 2026**;

2. No further extension of the filing deadlines will be granted without a timely-filed request by one or both parties supported by a showing of good cause; and

3. The Court's Scheduling Order (Doc. 5) shall continue to govern the filing of Defendant's cross-motion for summary judgment and opposition and any reply brief.

IT IS SO ORDERED.

Dated:   **January 6, 2026**    _____

UNITED STATES MAGISTRATE JUDGE